UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>LOS BANOS HOTEL, LLC, a California Limited Liability Company,<br><br>    Defendant. | No. 1:18-cv-00559-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

  On August 3, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 12.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 6, 2018**       /s/ *Sheila K. Oberto*
                       UNITED STATES MAGISTRATE JUDGE